IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Kimerly E. Schob, Timothy R. Parrillo, | ) | No. CV10-0505-PHX-SRB |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Nancy L. Reilly, | ) | |
| Defendant. | ) | |

On April 23, 2010 Plaintiffs filed their Application for Entry of Default against Defendant Nancy L. Reilly. On May 4, 2010 this Court referred Plaintiffs' Application for Entry of Default to Magistrate Judge Duncan for a hearing and Report and Recommendation. On July 23, 2010 Magistrate Judge Duncan filed his Report and Recommendation recommending that Plaintiffs' Application for Entry of Default Judgment be denied with prejudice.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 14 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1    IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2 as the order of this Court.
3    IT IS FURTHER ORDERED denying Plaintiffs' Application for Entry of Default
4 Judgment (Doc. 7).
5    IT IS FURTHER ORDERED dismissing this case for lack of subject matter
6 jurisdiction and directing the Clerk to enter judgement accordingly.

8    DATED this 30th day of August, 2010.

_____
Susan R. Bolton
United States District Judge